NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY, | |
| Plaintiff, | **ORDER** |
| v. | Civ. No. 10-3377 (WHW) |
| LIZZI BERGER, THE LIZZI BERGER 2008 FAMILY LIFE INSURANCE TRUST, MARK BERGER, as Trustee of the Lizzi Berger 2008 Family Life Insurance Trust, ABRAHAM STERN, and JOHN DOES 1-10, | |
| Defendant. | |

**Walls, Senior District Judge**

It is, on this 4th day of October, 2010:

ORDERED that, in order to facilitate further discussions between Plaintiff American General Life Insurance Company ("American General") and defendant The Lizzi Berger 2008 Family Life Insurance Trust ("the Trust") as to some or all of the issues presented by way of the motion, the time within which American General may oppose the Trust's Motion to Dismiss is hereby extended for a period of two weeks, from October 4, 2010 until and including October 18, 2010. Defendant's reply, if any, will be due on October 25, 2010.

NOT FOR PUBLICATION

**s/ William H. Walls**

United States Senior District Judge